UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS JAMES SPENCER #529310,

    Plaintiff,

v.

    Case No. 1:24-cv-451

MATTHEW ENSING, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. MDOC Defendants Burgess, Clouse, Erway, Ensign, Greiner, and Majerczyk filed a motion to dismiss that also included a motion for summary judgment on the basis of exhaustion by Defendants Ensing and Greiner. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 18, 2024, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Defendants' motion (ECF No. 17) is DENIED.

Dated: November 15, 2024            /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge